**1199 LORANGER vs. NAVARRE, No. 13570, 97 M., 615.**

To compel respondent to deliver over to relator the moneys,

books and papers pertaining to the office of township treasurer, relator claiming to have been elected to that office.

Denied June 20, 1893, with costs.

Respondent answers, denying that relator was elected township treasurer, alleging that another was elected to that office, and that upon proper application respondent had turned over to such person so elected, said moneys, books and papers.